UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CLAUDEA ELLIS, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-1299 |
| *Plaintiff*, | |
| v. | |
| OX CAR CARE, INC. | |
| *Defendant.* | |

## **NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal within 45 days.

Dated: January 23, 2025

PLAINTIFF,
By her attorney

*/s/ William Robinson*
William Robinson
VSB:76098
319 N. Piedmont St., #1
Arlington VA. 22203
ph. 703-789-4800
wprlegal@gmail.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com