IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CLAUDIA ELLIS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:24-cv-1299 (RDA/WEF) |
| OX CAR CARE, INC., ) ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Plaintiff's Notice of Settlement and Notice of Dismissal Without Prejudice. Dkts. 52, 53. On January 23, 2025, Plaintiff indicated that this matter had settled and that the parties hoped to file a notice of dismissal within 45 days. The next day, Plaintiff filed a notice of dismissal seeking to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) without prejudice. Accordingly, this matter will be dismissed pursuant to Rule 41(a)(1)(A)(i).

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED without prejudice, and the Clerk of the Court is DIRECTED to place this action among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
January 30, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge